JASON K. SINGLETON, SBN 166170
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
Telephone: (707) 441-1177
Facsimile:  (707) 441-1533
lawgroup@sbcglobal.net

Attorneys for Plaintiff, GYPSIE JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES, | CASE NO. CIV-F-04-6215 LJO |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |
| vs. | |
| HARRIS FARMS, INC., a California corporation, dba HARRIS RANCH INN AND RESTAURANT, and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

    Plaintiff and Defendants (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.    The Parties have entered into a CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear her or its own attorney fees and costs.

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

SINGLETON LAW GROUP

Dated: July 5, 2005   /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
GYPSIE JONES

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

Dated: June 30, 2005   /s/ Joseph R. Becerra
Joseph R. Becerra, Attorneys for Defendants,
HARRIS FARMS, INC., dba HARRIS RANCH INN
AND RESTAURANT

ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>JONES v HARRIS RANCH, et al.</u>, Case Number CIV.F-04-6215 LJO, is dismissed with prejudice with each party to bear her or its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: **July 14, 2005**   **/s/ Lawrence J. O'Neill**
b9ed48UNITED STATES MAGISTRATE JUDGE